| United States Bankruptcy Court<br>Eastern District of Michigan | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**West, Gwendylon Carol** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Gwendolyn Carol West** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9743** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2992 Marlborough**<br>**Detroit, MI**<br>ZIP Code **48215** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Wayne** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 15053**<br>**Detroit, MI**<br>ZIP Code **48215** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **West, Gwendylon Carol** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ William R. Orlow**                              **December  5, 2013**<br>Signature of Attorney for Debtor(s)                     (Date)<br>**William R. Orlow P41634** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**West, Gwendylon Carol**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gwendylon Carol West**
Signature of Debtor **Gwendylon Carol West**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December 5, 2013**
Date

### Signature of Attorney*

X **/s/ William R. Orlow**
Signature of Attorney for Debtor(s)

**William R. Orlow P41634**
Printed Name of Attorney for Debtor(s)

**B.O.C. Law Group, P.C.**
Firm Name

**24100 Woodward Avenue**
**Pleasant Ridge, MI 48069**

_____
Address

**Email: bocecf@boclaw.com**
**248-584-2100  Fax: 248-584-1750**
Telephone Number

**December 5, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Gwendylon Carol West**  _____  Case No. _____

                                              Debtor(s)        Chapter  **7**  _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this attached notice, as required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition
Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

X _____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose
Social Security number is provided above.

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Gwendylon Carol West**_____    X **/s/ Gwendylon Carol West**          **December  5, 2013**
Printed Name(s) of Debtor(s)                    Signature of Debtor                        Date

Case No. (if known) _____          X _____
                                                Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Eastern District of Michigan

In re    __Gwendylon Carol West__

                                             Debtor(s)

Case No. _____

Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   __December 5, 2013__ _____

__/s/ Gwendylon Carol West__ _____
__Gwendylon Carol West__
Signature of Debtor

Software Copyright (c) 1996-2012 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

```
U.S. Trustee
211 W. Fort Street
Suite 700
Detroit, MI 48226


US Attorney
211 W Fort St Ste 2100
Detroit, MI 48226


21st Century Insurance
PO Box 7247-0302
Philadelphia, PA 19170


32A Judicial District Court
Acct No 200412158GC
19617 Harper Avenue
Harper Woods, MI 48225


32A Judicial District Court
Acct No 08-16689
19617 Harper Avenue
Harper Woods, MI 48225


ACS
Acct No xxxxx-xxx-xx-xx90-00
Campus Products and Services
PO Box 7060
Utica, NY 13504


Allstate
Acct No xxx-xx-9743
75 Executive Pkwy
Hudson, OH 44237-0001


Amcol Systems
Acct No xxxxxxxxxxxxxxxxx3010
PO Box 21625
Columbia, SC 29221


Beaumont
Acct No xxxxxxx2001
750 Stephenson Hwy
PO Box 5042
Troy, MI 48007-5042
```

```
Beaumont
Acct No xxx1614
Business Center
750 Stephenson Hwy.
PO Box 5042
Troy, MI 48007


Beaumont
Acct No xxx-xx-9743
750 Stephenson Hwy
PO Box 5042
Troy, MI 48007-5042


Beaumont Health System
Acct No xxx0252
750 Stephenson Highway
PO Box 5042
Troy, MI 48007


Beaumont Health System
Acct No xxx0252
Business Center
750 Stephenson Hwy
PO Box 5042
Troy, MI 48007


Beaumont Health System
Acct No xxx1614
Business Center
750 Stephenson Hwy
PO Box 5042
Troy, MI 48007


Beaumont Health System
Acct No xxx9223
Business Center
750 Stephenson Hwy
PO Box 5042
Troy, MI 48007


Beaumont Health System
Acct No xx-xxx2440
c/o Michigan Healthcare Collection
PO Box 1810
Columbus, OH 43216
```

Bon Secour Health System
Acct No xxx2975
Customer Service Support Center
PO Box 28538
Richmond, VA 23220

Bon Secours/Cottage
Acct No xxx297T
468 Cadieux
Grosse Pointe, MI 48230

Bon Secours/Cottage
Acct No xxx2507
PO Box 77000
Dept. 771144
Detroit, MI 48277

CACU Visa
Acct No 1421
PO Box 4521
Carol Stream, IL 60197

CarFinance.com
Acct No xxx-xxxxxx8062
PO Box 57053
Irvine, CA 92619

Cash Connection
c/o Christopher Kouza Esq
36700 Woodward Avenue
Suite 209
Bloomfield Hills, MI 48304

Cash Land
Acct No xxxx5505; xxxx5528
c/o Firstsource Advantage
PO Box 628
Buffalo, NY 14240

Check N Go
c/o Paragon Way Inc.
2101 E. Ben White Blvd. #103
Austin, TX 78704

Chikynda Moore
41252 Wyndchase Blvd.
Canton, MI 48188

City of Birmingham
Acct No xxxxxx2820; xxx0210
PO Box 3001
Birmingham, MI 48012-3001


City of Detroit Parking Violation
c/o Professional Acct Management LLC
PO Box 391
Milwaukee, WI 53201


City of Detroit Water & Sewage Dept.
Collections/Bankruptcy
735 Randolph - 4th Floor
Detroit, MI 48226-2850


Columbus Township
Acct No xx-xxx-xxx1-002
PO Box 367
Richmond, MI 48062


Comcast
c/o Collection Bureau of America
PO Box 5013
Hayward, CA 94540


Communicating Arts Credit Union
Acct No x3421
640 Howard St.
Detroit, MI 48232


Communicating Arts Credit Union
Acct No xxxxx-x4293
640 Howard St.
Detroit, MI 48232


Communicating Arts Credit Union
Acct No xxxxx-8423
640 Howard St.
Detroit, MI 48232


Communicating Arts Credit Union
Acct No xxxxx-x4293
640 Howard St.
Detroit, MI 48232

```
Cottage Health Services
Acct No xxx2071
PO Box 77000
Dept. 771144
Detroit, MI 48277


Daphanie Sawyer
f/k/a Daphanie Bowlson
110 Waterview
Hendersonville, TN 37075


Dr. Aref Aindawi
Acct No x3980
42928 Versailles
Canton, MI 48187


Dr. Datla
Acct No xxxxx9560
c/o Collection
PO Box 2720
Farmington Hills, MI 48333


Dr. Datla Shilaja MD
Acct No xxx5370
c/o Capital Accounts
PO Box 140065
Nashville, TN 37214


Dr. Marcuz & Dr. Rothes, DDS
Acct No x0563
22770 Kelly Rd.
Eastpointe, MI 48021


DTE Energy
Acct No xxx-xx-9743
One Energy Plaza #WCB2106
Detroit, MI 48226


Eastside Dermatology
Acct No xxxxR102
20030 Mack Ave.
Grosse Pointe, MI 48236


Eastside Dermatology
Acct No xxxxr002
20030 Mack Ave
Grosse Pointe, MI 48236
```

```
Eastside Dermatology
Acct No 08-16689
c/o Richard Muller
33233 Woodward
PO Box 3026
Birmingham, MI 48012


Eastside Gynecology
Acct No xxx-xx-9743
29751 Little Mack
Roseville, MI 48066


Farmers Insurance
Acct No xxx-xx-9743
PO Box 894729
Los Angeles, CA 90189-4729


GMAC
Acct No xxx0622
Attn: Customer Care
PO Box 4622
Waterloo, IA 50704-4622


Halifax Health
Acct No xxxxxxx6908
303 N. Clyde Blvd.
Daytona Beach, FL 32114


Halifax Health
Acct No xxxxxxxx5696
PO Box 863901
Orlando, FL 32886


Halifax Health
Acct No xxxxxxxx2908
303 N. Clyde Morris Blvd
Daytona Beach, FL 32114


Halifax Health
Acct No xxxxxxxx2908
303 N. Clyde Blvd.
Daytona Beach, FL 32114


Halifax Health Center
Acct No xxxxxxxx5696
PO Box 863901
Orlando, FL 32886-3901
```

Halifax Health Medical Center
Acct No xxxxxxxx5696
18001 Old Cutler Rd.
Ste. 462
Miami, FL 33157


Halifax Health Medical Center
Acct No xxxxxxxx6447
18001 Old Cutler Rd.
Ste. 462
Miami, FL 33157


Halifax Health Medical Center
Acct No xxxxxxxx5696
PO Box 863901
Orlando, FL 32886


Harris Financial
Acct No 200412158GC
c/o Professional Recovery Systems
PO Box 1880
Voorhees, NJ 08043


Health Care Solution
Acct No xxx3610; xxxxRM1V
PO Box 2368
Sharon, PA 16146


Health Care Solutions
Acct No xxx-3610
PO Box 2368
Sharon, PA 16146


Health Care Solutions
Acct No xxx3610
PO Box 2368
Sharon, PA 16146


Heidelberg Dermatology PC
18709 Meyers Road
Detroit, MI 48235


Heidelberg Dermatology PC
Acct No xx4973
18709 Meyers Road
Detroit, MI 48235

Henry Ford
Acct No xxxx6371
c/o LJ Ross
PO Box 6099
Jackson, MI 49204


Henry Ford Health
Acct No xxxx4329
c/o Medical Solutions
PO Box 50868
Kalamazoo, MI 49005


Henry Ford Health
Acct No xxxx4329
PO Box 550115
Detroit, MI 48255


Henry Ford Health System
Acct No xxxx8882
PO Box 550115
Detroit, MI 48235


Henry Ford Health System
Acct No xxxx8882; xxx4520
c/o LJ Ross
PO Box 2317
Ann Arbor, MI 48106


Henry Ford Hospital
Acct No xxxxxx6311
Billing Dept.
PO Box 145465
Cincinnati, OH 45250


HMC Emergency Dept.
c/o BCA Financial Services Inc.
18001 Old Cutler Rd.
Suite 462
Miami, FL 33157


HMC Emergency Dept.
Acct No xxxxxxxxx08-20
18001 Old Cutler Rd.
Ste. 462
Miami, FL 33157

Internal Medicine
Acct No xxx5175
PO Box 6400
DRW 641515
Detroit, MI 48264


Julie Lawson
61 Alice West Drive
Buckatunna, MS 39322


Kevin T. Kensora DDS, PC
Acct No 3959
22048 Gratiot
Eastpointe, MI 48021


Lakepointe Radiology
Acct No xxxxx0722
PO Box 77000
Dept. 771336
Detroit, MI 48277-1336


Lakepointe Radiology
Acct No xxxxx8743
PO Box 77000
Dept. 771336
Detroit, MI 48277-1336


Lincare Inc.
PO Box 2368
Sharon, PA 16146


Med Star
Acct No xx-x9695
380 N. Gratiot
Clinton Township, MI 48036


Med Star
Acct No xx-x9695
380 N. Gratiot
Clinton Township, MI 48036


MI Healthcare Preffered
Acct No xxx-xx-9743
29992 Northwestern Hwy.
Ste. C
Farmington Hills, MI 48334

Montel Health Master
Acct No xxxxxxxxxxxxx1367
PO Box 406
Farmingdale, NY 11735-0406


North Pointe Pediatric
Acct No xx1864
30061 Schoenherr Ste A
Warren, MI 48088


Planet Fitness
Acct No x0523
13750 East 11 Mile
Warren, MI 48089


Planet Fitness
13750 E. 11 Mile
Warren, MI 48089


Power House Gym
Acct No xxxx1013
25212 Harper Ave.
Saint Clair Shores, MI 48081


Power House Gym
Acct No xxxxx1013
c/o First Credit Inc.
371 Hues Lane
Ste. 300B
Piscataway, NJ 08854


Powerhouse Gym
Acct No xxxx-x1013
c/o ABC Financial Services
PO Box 6800
North Little Rock, AR 72124


Preferred Dental
Acct No x3527
24901 Kelly Road
Eastpointe, MI 48021


Preferred Dental
Acct No x2484
24901 Kelly Road
Eastpointe, MI 48021

```
Preferred Dental
Acct No x2484
24901 Kelly Road
Eastpointe, MI 48021


Preferred Dental
Acct No x3527
24901 Kelly Road
Eastpointe, MI 48021


Preferred Dental
24901 Kelly Road
Eastpointe, MI 48021


Preferred Dental
24901 Kelly Road
Eastpointe, MI 48021


Preferred Dental
24901 Kelly Road
Eastpointe, MI 48021


Preferred Dental
Acct No x2484
24901 Kelly Rd
Detroit, MI 48201


Preferred Dental
Acct No xx484-0
24901 Kelly Road
Eastpointe, MI 48021


Preferred Dental
Acct No x2484
24901 Kelly Road
Eastpointe, MI 48021


Preferred Dental
24901 Kelly Road
Eastpointe, MI 48021


Preferred Dental Practice
Acct No x3527
24901 Kelly Rd
Eastpointe, MI 48021
```

Preferred Dental Practice
Acct No x2484
24901 Kelly Rd
Eastpointe, MI 48021


Professional Recovery
Acct No 200412158GC
c/o Richard Muller
33233 Woodward
PO Box 3026
Birmingham, MI 48012


Sallie Mae
Acct No xxxxxxx082-1
Department of Education
PO Box 9635
Wilkes Barre, PA 18773


Shorepointe Emergency Care Physicians
319 W. Main St.
Norman, OK 73069


Shorepointe Emergency Care Physicians
Acct No xxxxxxxx2234
319 W. Main St.
Norman, OK 73069


Shorepointe Emergency Care Physicians
Acct No xxxxxxxx1320
9301 S. Western Ave.
Oklahoma City, OK 73139


Shorepointe Emergency Phys
Acct No xxxxxxx2001
c/o CMRE Financial Svcs
3075 E. Imperial Hwy
Ste 200
Brea, CA 92821-6753


Shorepointe Emergency Phys
Acct No xxxxxxx7101
c/o CMRE Financial Svcs
3075 E. Imperial Hwy
Ste 200
Brea, CA 92821-6753

Shorepointe Emergency Phys
Acct No xxxxxxx3401
c/o CMRE Financial Svcs
3075 E. Imperial Hwy
Ste 200
Brea, CA 92821-6753


Shorepointe Emergency Physicians
Acct No xxxxxxx0701
3075 E. Imperial Hwy., Ste. 200
Brea, CA 92821


Shores Internal Med.
Acct No xxxxx39CA
c/o Congress Collection
24901 Northwestern Hwy., Ste. 300
Southfield, MI 48075


St. John Hospital
Acct No xxxxxxxxx-7029
c/o Account Services
1802 N.E. Loop 410, Ste. 400
San Antonio, TX 78217


St. John Hospital
Acct No xxxxxx0637
c/o Medical Financial Solutions
28000 Dequindre
Warren, MI 48092


St. John Hospital
Acct No xxxxx3437
c/o Medical Financial Solutions
28000 Dequindre Rd
Warren, MI 48092


St. John Hospital
Acct No xxxxxxxxx7030
c/o St John Hospital
3179 Solutions Center
Chicago, IL 60677


St. John Hospital
Acct No xxx2145
PO Box 64000
Dept. 641575
Detroit, MI 48264

```
St. John Hospital & Med
Acct No xxxxx3437
PO Box 773179
3179 Solutions Center
Chicago, IL 60677


St. John Hospital & Medical
Acct No xxx2145
PO Box 64000
Dept. 641575
Detroit, MI 48264


St. John Hospital & Medical Center
Acct No xxx2145
PO Box 64000
Dept. 641575
Detroit, MI 48264


St. John Providence
Acct No xxxxxxx1338
PO Box 773156
Chicago, IL 60677-3001


St. John Providence
Acct No xxxxx3437
PO Box 7731379
3179 Solutions Center
Chicago, IL 60677


State Farm
Acct No xxx-xx-9743
PO Box 2326
Bloomington, IL 61702-2326


U of D Mercy
Acct No xxx-xx-9743; xxx1242
c/o Educational Computer Systems Inc.
181 Montour Run Rd.
Coraopolis, PA 15108


Wayne State University
Acct No xxx3139
c/o National Credit Management
Box 32910
Saint Louis, MO 63132
```